USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/19/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Plaintiffs,

-against-

TRI-STATE CONCRETE POLISHING LLC. and PHEONIX FINISHING LLC.,

Defendants.
-------------------------------------------------------

22 Civ. 3645 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Fact discovery in this action will close on July 3, 2023. ECF No. 35. Accordingly, the case management conference scheduled for June 20, 2023, is ADJOURNED to **July 25, 2023**, at **11:00 a.m.**

The parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 21 ¶ 16. In addition, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *See id.*

SO ORDERED.

Dated: April 19, 2023
      New York, New York

ANALISA TORRES
United States District Judge